# Closing USA, LLC

## SCHEDULE A

## DESCRIPTION OF MORTGAGED PREMISES

Title No.: DS150037097

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens and City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the southerly side of 114th Avenue and the easterly side of 221st Street;

RUNNING THENCE Easterly along the southerly side of 114th Avenue 27.50 feet;

THENCE Southerly parallel with 221st Street, 100 feet;

THENCE Westerly parallel with 114th Avenue 27.50 feet to the easterly side of 221st Street;

THENCE Northerly along the easterly side of 221st Street 100 feet to the point or place of BEGINNING.