# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.
CYNTHIA A. NIERER, ESQ.

(516) 921-3838
FAX (516) 921-3824
(516) 945-6055
FAX (516) 945-6056
www.nyfclaw.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**We are a debt collector and are attempting to collect a debt. Any information obtained will be used for that purpose.**

October 9, 2015

Via certified mail and first class mail

NOTICE OF DEFAULT

JUNE FREEMAN
JEAN-MARC BIJOUX
221-02 114th Avenue
Jamaica, NY 11411

PROPERTY ADDRESS: 221-02 114th Avenue, Jamaica, NY 11411

AVISO IMPORTANTE PARA PERSONAS DE HABLA HISPANA: Esta notificacion es de suma importancia. Puede afectar su derecho a continuar viviendo in su casa. Si no entiende el contenido, obtenga una traduccion immediatamente.

Dear Borrower:

**You are hereby notified that this letter is an attempt to collect a debt. All information obtained will be used for that purpose.** This firm has been designated by GUSTAVIA HOME LLC, the Servicer and Creditor of the above-referenced loan (hereinafter referred to as "the Debt") to contact you regarding the status of your account. The Creditor (also called the Holder and Beneficiary) has authorized the Servicer and this firm to act on its behalf regarding the collection of the Debt. This firm is relying on information provided by such entities. This firm makes no representation as to the enforceability of the debt. **Further notification pursuant to the Fair Debt Collection Practices Act is provided further down.**

7015 0640 0003 6228 9238

Page Two

As of October 9, 2015, the following sums are in arrears:

| | |
|---|---|
| Interest Arrears | $21,615.56 |
| Total Arrears | $21,615.56 |

On or before November 8, 2015, you must submit payment by bank check, money order, or certified funds of the total arrears to GUSTAVIA HOME LLC, C/O Kenner Cummings, 104 SE 8th Avenue, Fort Lauderdale, FL 33301. Any payment(s) and late charge(s), that come due in the interim must also be included. Prior to submitting payment, you may wish to call 305-384-7370 to verify the exact amount.

Failure to correct the default by November 8, 2015 may result in acceleration of your loan. Upon acceleration, the total amount of the debt will be immediately due and payable without further demand and a lawsuit to foreclose the mortgage may be commenced. In foreclosure proceedings, we are entitled to collect the total debt in addition to any expenses and costs of the foreclosure including but not limited to reasonable attorneys' fees, where so provided by the terms of the mortgage. If your loan has already been accelerated and foreclosure proceedings already begun, we will continue the foreclosure where possible. Creditor or another person may acquire the Property by means of foreclosure and sale. You have the right to assert in court the non-existence of a default, that you kept your promises and agreements under the mortgage and note or any other defense. After acceleration of the debt, but prior to the foreclosure sale, you may have the right to reinstate the mortgage loan, by payment of all sums due as if immediate payment in full had not been required and to have the lawsuit discontinued, depending on the terms of the note and mortgage. We encourage you to review the provisions of the note and mortgage.

If you have obtained an order of discharge from the Bankruptcy court, which includes this debt, and you have not reaffirmed your liability for this debt, this law firm is not alleging that you have any personal liability for this debt and does not seek a money judgment against you. However, even if a discharge has been obtained, proceedings to foreclose the loan may still be brought.

IMPORTANT NOTICE TO SERVICEMEMBER AND THEIR DEPENDENTS
If you are a servicemember who is, or recently was, on "active duty" or "active service", or a dependent of such a servicemember, you may be entitled to certain legal rights and protections, including protection from foreclosure or eviction, pursuant to the Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended (the SCRA) and possibly, certain similar state statutes. If you believe you may be entitled to rights and protections under SCRA, please contact us at 516-945-6055.

**If at any time, you make a request to this law firm not to be contacted by phone, we will not do so, except by legal action. NO PERSON IN THIS LAW OFFICE WILL GIVE YOU <u>ANY</u> LEGAL ADVICE.**

## NOTICE PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT

1.      The total amount of the Debt: $94,905.67. Remaining principal balance as of 10/1/2015 is $73,290.11 plus unpaid accrued interest is $21,615.56.

2.      Name of the creditor to whom the Debt is owed:   GUSTAVIA HOME LLC

3.      Unless you dispute the validity of the Debt or any portion thereof within thirty (30) days after receipt of this Notice, we will assume that the Debt is valid.

4.      If you notify us in writing within thirty (30) days after receipt of this Notice that the Debt or any portion thereof is disputed, we will obtain verification of the Debt or a copy of any judgment against you representing the Debt and a copy of such verification or judgment will be mailed to you from our office.

5.      Upon request in writing within thirty (30) days after receipt of this Notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

**In the event that there is a manufactured house on the subject premises, should you be unable to bring your account current within thirty (30) days, it is hereby demanded that you turn same over to the Creditor.**

Failure to being the loan current or turn over the above referenced manufactured home within thirty (30) days will be deemed a refusal to comply with the terms of this demand.

All communication about this matter must be made through  GUSTAVIA HOME LLC, C/O Kenner Cummings  except those specified in this letter.

All payments must be made in **certified funds, cashier's check or money order(s)** payable to and mailed to: GUSTAVIA HOME LLC, C/O Kenner Cummings, 104 SE 8th Avenue, Fort Lauderdale, FL  33301, phone number is 305-384-7370.

If you are unable to bring your account current, you are urged to call 305-384-7370 immediately to discuss possible alternatives to foreclosure.

Respectfully,
The Margolin & Weinreb Law Group, LLP


Cc:       GUSTAVIA HOME LLC

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$ 3.97        LH

Sent To  JWP Freeman Sean-marc Bujou
Street and Apt. No., or PO Box No. 221-02 114th Ave
City, State, ZIP+4® Jamaica NY 11411

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0003 6228 9238