

**New York State Department of Financial Services**
One State Street Plaza, New York, NY 10004

Proof of Filing Statement

To Whom It May Concern:

Section 1306 of the Real Property Actions and Proceedings Law (RPAPL) requires lenders, assignees or mortgage loan servicers servicing loans on 1-to-4 family residential properties in New York State to file certain information with the Superintendent of the Department Financial Services within three days after the mailing of a 90-Day Pre-Foreclosure Notice.

The information below pertains to a filing submitted to the Department of Financial Services as required in Section 1306 of RPAPL. The information is presented as filed by the lender, assignee or mortgage loan servicer.

**Filer Information:**

| | |
|---|---|
| Name | : FCI Lender Services, Inc. |
| Address | : 8180 East Kaiser Blvd<br>Anaheim Hills CA 92808 |

**Filing Information:**

| | |
|---|---|
| Tracking Number | : NYS3937836 |
| Mailing Date Step 1 | : 08-JAN-16 12.00.00.000 AM |
| Mailing Date Step 2 | : |
| Judgment Date Step 3 | : |
| Filing Date Step 1 | : 11-JAN-16 02.03.38.000 PM |
| Filing Date Step 1 Orig | : 11-JAN-16 02.03.38.000 PM |
| Filing Date Step 2 | : |
| Filing Date Step 3 | : |
| Owner Occupd at Jdgmnt | : |
| Property Type | : 1 to 4 Family Home |
| Property Address | : 221-02 114th Avenue Cambria Heights NY 11411 |
| County | : Queens |
| Date of Original Loan | : 21-MAY-07 12.00.00.000 AM |
| Amt of Original Loan | : 76450 |
| Loan Number Step 1 | : |
| Loan Number Step 2 | : |
| Loan Reset Frequency | : |
| Loan Type | : Junior Lien |
| Loan Details | : Fixed Rate |
| Loan Term | : 20 Year |
| Loan Modification | : No Modification |
| Days Delinquent | : Other |
| Borrower's Name | : Marc Jean Bijoux |
| Address | : 221-02 114th Avenue<br>Cambria Heights 11411 |
| Borrower's Phone No | : 9175319409 |
| Filing Status | : Step 1 Completed |

Sincerely,

New York State Department of Financial Services



FCI Lender Services, Inc.

*Loan Servicing • Specialty Servicing • Default*

(714) 282-2424   (800) 931-2424   Fax: (714) 282-5775

Marc Jean Bijoux  
221-02 114th Avenue  
Jamaica Queen, NY 11411

January 8, 2016

RE:   Loan Number:   ███████  
      Subject Property:  221-02 114th Avenue, Cambria Heights, NY 11411

Dear Mr. Marc Jean. Bijoux:

"YOU COULD LOSE YOUR HOME. PLEASE READ THE FOLLOWING NOTICE CAREFULLY"

"As of 01/08/2016, your home loan is 2267 days in default. Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home. You can cure this default by making the payment of $55,817.04 dollars by 04/07/2016.

If you are experiencing financial difficulty, you should know that there are several options available to you that may help you keep your home. Attached to this notice is a list of government approved housing counseling agencies in your area which provide free or very low-cost counseling. You should consider contacting one of these agencies immediately. These agencies specialize in helping homeowners who are facing financial difficulty. Housing counselors can help you assess your financial condition and work with us to explore the possibility of modifying your loan, establishing an easier payment plan for you, or even working out a period of loan forbearance. If you wish, you may also contact us directly at 1-800-931-2424 and ask to discuss possible options.

FCI • P.O. Box 27370 • Anaheim • California 92808-0112 • NMLS# 4920 • www.trustfci.com



FCI Lender Services, Inc.

*Loan Servicing • Specialty Servicing • Default*

(714) 282-2424   (800) 931-2424   Fax: (714) 282-5775

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait; the fewer options you may have.

If this matter is not resolved within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of Financial Services toll-free helpline at 1-800-269-0990 or visit the Department's website at "http://www.dfs.ny.gov"

Sincerely,

**Joe Sedeno, Director**
Specialty Loan Servicing Department
FCI Lenders Services Inc.
NMLS ID # 4920, CA DRE # 01022780

**FORECLOSURE PREVENTION COUNSELORS:** # QUEENS County

```
     Agency Name: NEIGHBORHOOD HOUSING SERVICES OF NORTHERN QUEENS
           Phone: 718-457-1017
        Toll Free:
             Fax: 718-457-1247
           Email: infoig@nhsnyc.org
         Address: 60-20 Woodside Avenue
                  WOODSIDE, New York 11377-3541
Counseling Services: - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
        Languages: - English
                   - Spanish
       Affiliation: NEIGHBORHOOD HOUSING SERVICES OF NEW YORK CITY (NHS OF NYC)
          Website: www.nhsnorthernqueens.org and www.nhsnyc.org
```
==========================================================

```
     Agency Name: MARGERT COMMUNITY CORPORATION
           Phone: 718-471-3724
        Toll Free:
             Fax: 718-471-5342
           Email: jgb@nyct.net
         Address: 325 Beach 37th Street
                  FAR ROCKAWAY, New York 11691-1510
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
                     - Rental Housing Counseling
                     - Rental Housing Workshops
                     - Resolving/Preventing Mortgage Delinquency Workshops
        Languages: - English
                   - Other
                   - Spanish
       Affiliation: NEW YORK STATE HOUSING FINANCE AGENCY
          Website: http://www.margert.org
```
==========================================================

```
     Agency Name: ROCKAWAY DEVELOPMENT AND REVITALIZATION CORPORATION
           Phone: 718-327-5300-227
        Toll Free:
             Fax: 718-327-4990
           Email: Kalexander@rdrc.org
         Address: 1920 Mott Ave
                  Suite 2
                  FAR ROCKAWAY, New York 11691-4106
Counseling Services: - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
        Languages: - English
                   - Spanish
       Affiliation:
          Website: http://www.rdrc.org
```
==========================================================

**Agency Name:** ASIAN AMERICANS FOR EQUALITY
**Phone:** 718-961-0888
**Toll Free:**
**Fax:** 718-961-0988
**Email:** Flora@aafecdf.org
**Address:** 133-04 39th Avenue
FLUSHING, New York 11354-4433
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling

**Languages:**
- Cantonese
- Chinese Mandarin
- English

**Affiliation:** ASIAN AMERICANS FOR EQUALITY
**Website:** www.aafe.org

============================================================

**Agency Name:** ASIAN AMERICANS FOR EQUALITY
**Phone:** 718-961-0888
**Toll Free:**
**Fax:** 718-961-0988
**Email:** Flora@aafecdf.org
**Address:** 133-04 39th Avenue
FLUSHING, New York 11354-4433
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling

**Languages:**
- Cantonese
- Chinese Mandarin
- English

**Affiliation:** ASIAN AMERICANS FOR EQUALITY
**Website:** www.aafe.org

============================================================

## Certified Mail Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marc Jean Bijoux
221-02 114th Avenue
Jamaica Queen NY 11411

9590 9403 0551 5173 5623 75

2. Article Number (Transfer from service label)

7015 0920 0000 0278 0227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Priority Mail Express®
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

7015 0920 0000 0278 0227

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: Marc Jean Bijoux
Street & Apt. No., or PO Box No.: 221-02 114th Avenue
City, State, ZIP+4: Jamaica Queen NY 11411

PS Form 3800, July 2014    See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7015 0920 0000 0278 0227



**New York State Department of Financial Services**
One State Street Plaza, New York, NY 10004

Proof of Filing Statement

To Whom It May Concern:

Section 1306 of the Real Property Actions and Proceedings Law (RPAPL) requires lenders, assignees or mortgage loan servicers servicing loans on 1-to-4 family residential properties in New York State to file certain information with the Superintendent of the Department Financial Services within three days after the mailing of a 90-Day Pre-Foreclosure Notice.

The information below pertains to a filing submitted to the Department of Financial Services as required in Section 1306 of RPAPL. The information is presented as filed by the lender, assignee or mortgage loan servicer.

**Filer Information:**

| | |
|---|---|
| Name | : FCI Lender Services, Inc. |
| Address | : 8180 East Kaiser Blvd<br>Anaheim Hills CA 92808 |

**Filing Information:**

| | |
|---|---|
| Tracking Number | : NYS3937836 |
| Mailing Date Step 1 | : 08-JAN-16 12.00.00.000 AM |
| Mailing Date Step 2 | : |
| Judgment Date Step 3 | : |
| Filing Date Step 1 | : 11-JAN-16 02.03.38.000 PM |
| Filing Date Step 1 Orig | : 11-JAN-16 02.03.38.000 PM |
| Filing Date Step 2 | : |
| Filing Date Step 3 | : |
| Owner Occupd at Jdgmnt | : |
| Property Type | : 1 to 4 Family Home |
| Property Address | : 221-02 114th Avenue Cambria Heights NY 11411 |
| County | : Queens |
| Date of Original Loan | : 21-MAY-07 12.00.00.000 AM |
| Amt of Original Loan | : 76450 |
| Loan Number Step 1 | : ████████ |
| Loan Number Step 2 | : |
| Loan Reset Frequency | : |
| Loan Type | : Junior Lien |
| Loan Details | : Fixed Rate |
| Loan Term | : 20 Year |
| Loan Modification | : No Modification |
| Days Delinquent | : Other |
| Borrower's Name | : June Freeman |
| Address | : 221-02 114th Avenue<br>Cambria Heights 11411 |
| Borrower's Phone No | : 9175319409 |
| Filing Status | : Step 1 Completed |

Sincerely,

New York State Department of Financial Services



FCI Lender Services, Inc.

Loan Servicing • Specialty Servicing • Default

(714) 282-2424   (800) 931-2424   Fax: (714) 282-5775

June Freeman  
221-02 114th Avenue  
Cambria Heights, NY 11411

January 8, 2016

RE: Loan Number: ░░░░░░░░░░  
    Subject Property: 221-02 114th Avenue, Cambria Heights, NY 11411

Dear Mr. June Freeman:

"YOU COULD LOSE YOUR HOME. PLEASE READ THE FOLLOWING NOTICE CAREFULLY"

"As of 01/08/2016, your home loan is 2267 days in default. Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home. You can cure this default by making the payment of $55,817.04 dollars by 04/07/2016.

If you are experiencing financial difficulty, you should know that there are several options available to you that may help you keep your home. Attached to this notice is a list of government approved housing counseling agencies in your area which provide free or very low-cost counseling. You should consider contacting one of these agencies immediately. These agencies specialize in helping homeowners who are facing financial difficulty. Housing counselors can help you assess your financial condition and work with us to explore the possibility of modifying your loan, establishing an easier payment plan for you, or even working out a period of loan forbearance. If you wish, you may also contact us directly at 1-800-931-2424 and ask to discuss possible options.



FCI Lender Services, Inc.

*Loan Servicing* • *Specialty Servicing* • *Default*

(714) 282-2424    (800) 931-2424    Fax: (714) 282-5775

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait; the fewer options you may have.

If this matter is not resolved within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of Financial Services toll-free helpline at 1-800-269-0990 or visit the Department's website at "http://www.dfs.ny.gov"

Sincerely,

**Joe Sedeno, Director**
Specialty Loan Servicing Department
FCI Lenders Services Inc.
NMLS ID # 4920, CA DRE # 01022780

## *FORECLOSURE PREVENTION COUNSELORS:*     **QUEENS County**

**Agency Name:** NEIGHBORHOOD HOUSING SERVICES OF NORTHERN QUEENS
**Phone:** 718-457-1017
**Toll Free:**
**Fax:** 718-457-1247
**Email:** infoig@nhsnyc.org
**Address:** 60-20 Woodside Avenue
WOODSIDE, New York 11377-3541
**Counseling Services:**
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops

**Languages:**
- English
- Spanish

**Affiliation:** NEIGHBORHOOD HOUSING SERVICES OF NEW YORK CITY (NHS OF NYC)
**Website:** www.nhsnorthernqueens.org and www.nhsnyc.org

===============================================================

**Agency Name:** MARGERT COMMUNITY CORPORATION
**Phone:** 718-471-3724
**Toll Free:**
**Fax:** 718-471-5342
**Email:** jgb@nyct.net
**Address:** 325 Beach 37th Street
FAR ROCKAWAY, New York 11691-1510
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
- Resolving/Preventing Mortgage Delinquency Workshops

**Languages:**
- English
- Other
- Spanish

**Affiliation:** NEW YORK STATE HOUSING FINANCE AGENCY
**Website:** http://www.margert.org

===============================================================

**Agency Name:** ROCKAWAY DEVELOPMENT AND REVITALIZATION CORPORATION
**Phone:** 718-327-5300-227
**Toll Free:**
**Fax:** 718-327-4990
**Email:** Kalexander@rdrc.org
**Address:** 1920 Mott Ave
Suite 2
FAR ROCKAWAY, New York 11691-4106
**Counseling Services:**
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:**
- English
- Spanish

**Affiliation:**
**Website:** http://www.rdrc.org

===============================================================

**Agency Name:** ASIAN AMERICANS FOR EQUALITY
**Phone:** 718-961-0888
**Toll Free:**
**Fax:** 718-961-0988
**Email:** Flora@aafecdf.org
**Address:** 133-04 39th Avenue
FLUSHING, New York 11354-4433
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling

**Languages:**
- Cantonese
- Chinese Mandarin
- English

**Affiliation:** ASIAN AMERICANS FOR EQUALITY
**Website:** www.aafe.org

===============================================================

**Agency Name:** ASIAN AMERICANS FOR EQUALITY
**Phone:** 718-961-0888
**Toll Free:**
**Fax:** 718-961-0988
**Email:** Flora@aafecdf.org
**Address:** 133-04 39th Avenue
FLUSHING, New York 11354-4433
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling

**Languages:**
- Cantonese
- Chinese Mandarin
- English

**Affiliation:** ASIAN AMERICANS FOR EQUALITY
**Website:** www.aafe.org

===============================================================

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

June Freeman
221-02 114th Avenue
Cambria Heights, NY 11411

9590 9403 0551 5173 5623 99

2. Article Number (Transfer from service label)

7015 0920 0000 0278 0197

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7015 0920 0000 0278 0197

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here

Sent To  June Freeman
Street & Apt. No., or PO Box No.  221-02 114th Avenue
City, State, ZIP+4  Cambria Heights, NY 11411

PS Form 3800, July 2014          See Reverse for Instructions

7015 0920 0000 0278 0197