| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2016011401087001001EE119 |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 3

**Document ID:** 2016011401087001  **Document Date:** 09-03-2014  **Preparation Date:** 01-14-2016
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| RED(VISION) PICK-UP RED (VISION)<br>16 COURT STREET 7TH FLOOR SUITE 714<br>PARTNERS ABSTRACT 200119-Q<br>BROOKLYN, NY 11241<br>000-000-0000<br>TASHAWNA.BEST@REDVISION.COM | C/O THE MARGOLIN & WEINREB LAW GROUP, LLP<br>165 EILEEN WAY<br>SYOSSET, NY 11791 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 11240 | 41 | Entire Lot | 221-02 114TH AVENUE |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2007000311294

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MERS AS NOMINEE<br>PO BOX 2026<br>FLINT, MI 48501 | OCWEN LOAN SERVICING, LLC<br>1661 WORTTHINGTON ROAD SUITE 100<br>WEST PALM BEACH, FL 33409 |

[X] Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 42.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed   01-22-2016 16:10
City Register File No.(CRFN): 2016000022461

*City Register Official Signature*

NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER


2016011401087001001CE399

**Document ID:** 2016011401087001  **Document Date:** 09-03-2014  **Preparation Date:** 01-14-2016
Document Type: ASSIGNMENT, MORTGAGE

## PARTIES

**ASSIGNOR/OLD LENDER:**
CAPITAL ONE HOME LOANS,LLC
PO BOX 2026
FLINT, MI 48501

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:
C/O The Margolus + Weinreb Law Group, LLP
165 Eileen Way
Syosset, New York 11791

## CORPORATE ASSIGNMENT OF MORTGAGE

Queens, New York
SELLER'S SERVICING #:8446090020 "FREEMAN"

MERS #: 100393220072493924 SIS #: 1-888-679-6377

Date of Assignment: September 2nd, 2014
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), AS DESIGNATED NOMINEE FOR CAPITAL ONE HOME LOANS, LLC, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS at POBOX 2026 FLINT MI 48501, 1901 E VOORHEES ST. STE C, DANVILLE, IL 61834
Assignee: OCWEN LOAN SERVICING, LLC at 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409
Executed By: JUNE FREEMAN AND JEAN-MARC BIJOUX, AS TENANTS IN THE ENTIRETY To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), AS DESIGNATED NOMINEE FOR CAPITAL ONE HOME LOANS, LLC, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 05/21/2007 Recorded: 06/15/2007 In Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2007000311294 In the County of Queens, State of New York.

Section/Block/Lot -11240-41

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC is at 1901 E Voorhees Street, Suite C, Danville, IL 61834, P.O. BOX 2026, FLINT, MI 48501-2026

Property Address: 221-02 114TH AVENUE, CAMBRIA HEIGHTS, NY 11411
This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $76,450.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), AS DESIGNATED NOMINEE FOR CAPITAL ONE HOME LOANS, LLC, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS
On 09-03-2014

By: _____
Scott Swarren
Assistant Secretary

STATE OF Iowa
COUNTY OF Black Hawk

On the 3rd day of September in the year 2014 before me, the undersigned, personally appeared Scott Freeman, Assistant Secretary, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual(s) made such appearance before the undersigned in the County of Black Hawk, State of Iowa.

WITNESS my hand and official seal.

RACHEL MOORE
COMMISSION NO.764817
MY COMMISSION EXPIRES
SEPTEMBER 23, 2016

RACHEL MOORE
Notary Expires: 09/23/2016 #764817
Black Hawk, Iowa

(This area for notarial seal)

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2016011401087002002E115D |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 3

**Document ID:** 2016011401087002   **Document Date:** 09-03-2014   **Preparation Date:** 01-14-2016
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| RED(VISION) PICK-UP RED (VISION)<br>16 COURT STREET 7TH FLOOR SUITE 714<br>PARTNERS ABSTRACT 200119-Q<br>BROOKLYN, NY 11241<br>000-000-0000<br>TASHAWNA.BEST@REDVISION.COM | C/O THE MARGOLIN & WEINREB LAW GROUP,LLP<br>165 EILEEN WAY<br>SYOSSET, NY 11791 |

### PROPERTY DATA
| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 11240 | 41 Entire Lot | | 221-02 114TH AVENUE |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2007000311294

### PARTIES
| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| OCWEN LOAN SERVICING,LLC<br>1661 WORTHINGTON ROAD SUITE 100<br>WEST PALM BEACH, FL 33409 | BLACKNOTE CAPITAL ,LLC<br>P.O. B;OX 125<br>DEVAULT, PA 19432 |

### FEES AND TAXES
| Mortgage : | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 47.00 | | |
| Affidavit Fee: | $ 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    01-22-2016 16:10
City Register File No.(CRFN): 2016000022462

*City Register Official Signature*

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:
c/o The Margolis + Weinreb Law Group, LLP
165 Eileen Way
Syosset, New York 11791

## CORPORATE ASSIGNMENT OF MORTGAGE

Queens, New York
SELLER'S SERVICING #:5446030020 "FREEMAN"

Date of Assignment: September 2nd, 2014
Assignor: OCWEN LOAN SERVICING, LLC at 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409
Assignee: BLACKNOTE CAPITAL, LLC at P.O. BOX 125, DEVAULT, PA 19432
Executed By: JUNE FREEMAN AND JEAN-MARC BIJOUX, AS TENANTS IN THE ENTIRETY To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), AS DESIGNATED NOMINEE FOR CAPITAL ONE HOME LOANS, LLC, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 05/21/2007 Recorded: 06/15/2007 In Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2007000311294 In the County of Queens, State of New York. *see schedule annexed

Section/Block/Lot - 11240-41

Property Address: 221-02 114TH AVENUE, CAMBRIA HEIGHTS, NY 11411
This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $78,450.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

OCWEN LOAN SERVICING, LLC
On 09-03-2014

By: _____
Scott Swenson
Authorized Signer

STATE OF Iowa
COUNTY OF Black Hawk

On the 3rd day of September in the year 2014 before me, the undersigned, personally appeared Scott Swenson, Authorized Signer, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of Black Hawk, State of Iowa.

WITNESS my hand and official seal,

_____
RACHEL MOORE
Notary Expires: 09/23/2016 #764817
Black Hawk, Iowa

RACHEL MOORE
COMMISSION NO.764817
MY COMMISSION EXPIRES
SEPTEMBER 23, 2016

(This area for notarial seal)

*SW*SWGMAC*09/02/2014 04 12 54 PM* OMAC*SKOMAC*A000000000000000261184* NYQUEEN* 5446030020 NYSTATE_MORT_ASSIGN_ASSN **SWGMAC*

MORTGAGE SCHEDULE

Which mortgage was assigned to Ocwen Loan Servicing, LLC by assignment dated September 3, 2014 which assignment will be simultaneously recorded with the within instrument.

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2016011401087003002ED160 |

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 3

**Document ID:** 2016011401087003    Document Date: 09-03-2014    Preparation Date: 01-14-2016
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| RED(VISION) PICK-UP RED (VISION)<br>16 COURT STREET 7TH FLOOR SUITE 714<br>PARTNERS ABSTRACT 200119-Q<br>BROOKLYN, NY 11241<br>000-000-0000<br>TASHAWNA.BEST@REDVISION.COM | C/O THE MARGOLIN & WEINREB LAW GROUP, LLP<br>165 EILEEN WAY<br>SYOSSET, NY 11791 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 11240 | 41 | Entire Lot | 221-02 114TH AVENUE |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2007000311294

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| BLACKNOTE CAPITAL, LLC<br>P.O. BOX 125<br>DEVAULT, PA 19432 | CROSBY CAPITAL USA LLC<br>C/O KENNER CUMMINGS, 828 HIMMARSHEE STREET<br>FORT LAUDERDALE, FL 33312 |

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    01-22-2016 16:10
City Register File No.(CRFN): 2016000022463

*City Register Official Signature*

Recording Requested By:

When Recorded Return To:
The Margolin + Weinreb Law Group, LLP
165 Eileen Way
Syosset, New York 11791

## CORPORATE ASSIGNMENT OF MORTGAGE

Queens, New York REFERENCE #: 20140710256 *"FREEMAN"*
INVESTOR #:
Assignment Prepared on: November 10th, 2015.

Assignor: BLACKNOTE CAPITAL, LLC at P.O. BOX 125, DEVAULT, PA 19432.
Assignee: CROSBY CAPITAL USA LLC, A DELAWARE COMPANY at c/o KENNER CUMMINGS, 828 HIMMARSHEE STREET, FORT LAUDERDALE, FL 33312.

Executed By: JUNE FREEMAN AND JEAN-MARC BIJOUX, AS TENANTS IN THE ENTIRETY To: MERS AS NOMINEE FOR CAPITAL ONE HOME LOANS, LLC
Date of Mortgage: 06/21/2007 Recorded: 08/08/2007 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2007000311294 in Queens County, State of New York.

- Assigned Wholly by MERS AS NOMINEE FOR CAPITAL ONE HOME LOANS, LLC TO BLACKNOTE CAPITAL, LLC Dated: _____ Document to be recorded contiumently herewith

\* see schedule annexed

District/Section/Block/Lot: -11240-41

Property Address: 221-02 114TH AVENUE, JAMAICA QUEEN, NY 11411

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $76,450.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

BLACKNOTE CAPITAL, LLC
On 11-10-15

By: _____
Marc Trollo, _____

STATE OF PA
COUNTY OF BUCKS

On 11/16/15, before me, Coleen Cooper, a Notary Public in and for Bucks County in the State of PA, personally appeared Marc Trollo, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed, signed, sealed, and delivered the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of Bucks County, State of PA.

WITNESS my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Coleen Cooper, Notary Public
Perkasie Boro, Bucks County
My Commission Expires Aug. 18, 2018
PENNSYLVANIA ASSOCIATION OF NOTARIES

Notary Expires: 8/18/18
State of PA County of BUCKS
(This area for notarial seal)

## MORTGAGE SCHEDULE

Which mortgage was assigned to Ocwen Loan Servicing, LLC by assignment dated September 3, 2014 which assignment will be simultaneously recorded with the within instrument.

Which mortgage was further assigned to Blacknote Capital, LLC by assignment dated September 3, 2014 which assignment will be simultaneously recorded with the within instrument.

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2016011401087004002E11D5 |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE  PAGE 1 OF 4

**Document ID:** 2016011401087004  **Document Date:** 11-16-2015  **Preparation Date:** 01-14-2016
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| RED(VISION) PICK-UP RED (VISION)<br>16 COURT STREET 7TH FLOOR SUITE 714<br>PARTNERS ABSTRACT 200119-Q<br>BROOKLYN, NY 11241<br>000-000-0000<br>TASHAWNA.BEST@REDVISION.COM | GUSTAVIA HOME, LLC<br>C/O THE MARGOLIN & WEINREB LAW GROUP, LLP<br>165 EILEEN WAY SUITE 101<br>SYOSSET, NY 11791 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 11240 | 41 | Entire Lot | 221-02 114TH AVENUE |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2007000311294

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| CROSBY CAPITAL USA LLC<br>469 SEVENTH AVENUE<br>NEW YORK, NY 10001 | GUSTAVIA HOME, LLC<br>104 SE 8TH AVNEUE<br>FORT LAUDERDALE, FL 33301 |

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed  01-22-2016 16:10
City Register File No.(CRFN): 2016000022464

*City Register Official Signature*

County: Queens

Block: 11240
Lot: 41

Assignment of Mortgage without Covenant-
Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-
THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

KNOW THAT

Crosby Capital USA LLC a corporation organized and existing under the laws of the United States of America whose principal place of business is 469 Seventh Avenue, New York, NY 10001, assignor,

in consideration of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable consideration, paid by

Gustavia Home, LLC, a corporation whose principal place of business is 104 SE 8th Avenue, Fort Lauderdale, FL 33301, assignee,

hereby assigns unto the assignee, a certain Mortgage dated May 21, 2007, made by Ione Freeman and Jean-Marc Bijoux to Mortgage Electronic Registration Systems, Inc., as nominee for Capital One Home Loans, LLC its successors and assigns in the principal sum of $76,450.00 and recorded on June 15, 2007 in CRFN: 2007000311294 in the Office of the New York City Register, County of Queens covering premises known as 221-02 114th Avenue, Cambria Heights, NY 11411 which mortgage was assigned to Ocwen Loan Servicing, LLC by assignment dated September 3, 2014 which assignment will be simultaneously recorded with the within instrument. Said mortgage was further assigned to Blacknote Capital, LLC by assignment dated September 3, 2014 which assignment will be simultaneously recorded with the within instrument. Thereafter, said mortgage was assigned to Crosby Capital USA LLC by assignment of mortgage dated November 16, 2015 which assignment will be simultaneously recorded with the within instrument.

Pursuant to Section 321 of the Real Property Law, said mortgage has not been further assigned.

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

DATED: 4-22-15

Crosby Capital USA LLC

By: _____

Title: _____

(General Acknowledgment for documents executed and notarized outside of New York State, except California)

ACKNOWLEDGMENT

State of _New York_
County of _Queens_ ) ss.

On the _22_ day of _December_ in the year _2015_ before me, the undersigned, personally appeared _Wamet Trevico_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of _New York_, State of _NY_

_[signature]_
Notary Signature

ANDREW BIGRAM
Notary Public - State of New York
No. 01BI6231574
Qualified in Queens County
My Commission Expires Nov. 20, 2018

Assignment of Mortgage
Without Covenant

TITLE NO.
_____

Crosby Capital USA LLC

TO

Gustavia Home, LLC

_____

BLOCK: 11240

LOT: 41

COUNTY OR TOWN: Queens
PROPERTY ADDRESS:
221-02 114th Avenue
Cambria Heights, NY 11411

RECORD AND RETURN TO:
_____
Gustavia Home, LLC
C/O
The Margolin & Weinreb Law Group, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791