UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
GUSTAVIA HOME, LLC,                                          Civil Action No.: 16-4029 (SJ)(RML)

                        Plaintiff,

    -against-

JEAN MARC BIJOUX; JUNE FREEMAN BIJOUX
a/k/a JUNE FREEMAN a/k/a JUNE BIJOUX
FREEMAN; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., AS NOMINEE
FOR CAPITAL ONE HOME LOANS, LLC; CITY
OF NEW YORK ENVIRONMENTAL CONTROL
BOARD; CITY OF NEW YORK DEPARTMENT
OF TRANSPORTATION PARKING VIOLATIONS
BUREAU and JOHN DOE "1" through "12",
said persons or parties having or claimed to have a right,
title or interest in the Mortgaged premises herein, their
respective names are presently unknown to the Plaintiff,

                        Defendants.
---------------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law, the Declaration of Regularity dated January 24, 2017, and the Bill of Costs, and the Affidavit of Jared Dotoli, sworn to on January 23, 2017, and upon all prior pleadings, papers and proceedings had heretofore, Gustavia Home, LLC, Plaintiff herein, by and through its attorneys The Margolin & Weinreb Law Group, LLP, will move this court before the Honorable Sterling Johnson, Jr., U.S.D.J., at the United States District Court for the Eastern District of New York, located at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 on a date and time so designated by the Court, so counsel can be heard for an order granting a Judgment of Foreclosure and Sale and to Amend the Caption, and for such further and different relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the instant application must be made in writing, electronically filed, and received in the District Court Clerk's office, United States District Court for the Eastern District of New York, and by the undersigned, The Margolin & Weinreb Law Group, LLP, 165 Eileen Way, Suite 101, Syosset, NY 11791, and all other parties requiring notice in accordance with the rules of this Court.

Dated: Syosset, New York
January 24, 2017

**THE MARGOLIN & WEINREB LAW GROUP, LLP**

By: */s/ Randy J. Schaefer*
Randy J. Schaefer, Esq. (RJS#3918)
Attorneys for Plaintiff
165 Eileen Way, Suite 101
Syosset, NY 11791
(516)921.3838
randy@nyfclaw.com

To: June Freeman Bijoux
361 Irving Avenue, Apartment 2C
Brooklyn, New York 11237

June Freeman Bijoux
221-02 114th Avenue
Cambria Heights, New York 11411

Jean Marc Bijoux
221-02 114th Avenue
Cambria Heights, New York 11411

City of New York Environmental Control Board
100 Church Street
1st Floor
New York, New York 10007

City of New York Environmental Control Board
1250 Broadway, 7th Floor
New York, New York 10001

City of New York Department of Transportation
  Parking Violations Bureau
100 Church Street

1st Floor
New York, New York 10007

Mortgage Electronic Registration Systems, Inc.
  As Nominee for Capital One Home Loans, LLC
1818 Library Street
Reston, Virginia 20191