UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GUSTAVIA HOME, LLC,                                    Civil Action No.: 16-4029 (SJ)(RML)

                         Plaintiff,

              -against-

JEAN MARC BIJOUX; JUNE FREEMAN BIJOUX
a/k/a JUNE FREEMAN a/k/a JUNE BIJOUX
FREEMAN; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., AS NOMINEE
FOR CAPITAL ONE HOME LOANS, LLC; CITY
OF NEW YORK ENVIRONMENTAL CONTROL
BOARD; CITY OF NEW YORK DEPARTMENT
OF TRANSPORTATION PARKING VIOLATIONS
BUREAU and JOHN DOE "1" through "12",
said persons or parties having or claimed to have a right,
title or interest in the Mortgaged premises herein, their
respective names are presently unknown to the Plaintiff,

                         Defendants.
------------------------------------------------------------------X

                         **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

        Randy J. Schaefer, being duly sworn, deposes and says, that deponent is not a party to the
action, is over 18 years of age and resides in Suffolk County, New York.

        On January 24, 2017, deponent served a true and exact copy of the:

- NOTICE OF MOTION and DECLARATION OF REGULARITY IN SUPPORT OF
  JUDGMENT OF FORECLOSURE AND SALE AND CAPTION AMENDMENT (with
  exhibits A-F); and

- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT
  JUDGMENT

by first class mail delivery to the addresses listed below, said addresses designated for that
purposed, by depositing a true copy of same enclosed in a post-paid, properly addressed envelope,

in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

> June Freeman Bijoux
> 361 Irving Avenue, Apartment 2C
> Brooklyn, New York 11237
>
> June Freeman Bijoux
> 221-02 114th Avenue
> Cambria Heights, New York 11411
>
> Jean Marc Bijoux
> 221-02 114th Avenue
> Cambria Heights, New York 11411
>
> City of New York Environmental Control Board
> 100 Church Street
> 1st Floor
> New York, New York 10007
>
> City of New York Environmental Control Board
> 1250 Broadway, 7th Floor
> New York, New York 10001
>
> City of New York Department of Transportation
>   Parking Violations Bureau
> 100 Church Street
> 1st Floor
> New York, New York 10007
>
> Mortgage Electronic Registration Systems, Inc.
>   As Nominee for Capital One Home Loans, LLC
> 1818 Library Street
> Reston, Virginia 20191

*/s/ Randy J. Schaefer*
Randy J. Schaefer

Sworn to before me on this
24th day of January, 2017

*/s/ Corinne Martino*
Corinne Martino
Notary Public, State of New York
No. 01MA6127980
Qualified in Nassau County
Commission Expires June 6, 2017