# EXHIBIT 2

8/7/2019　　USPS - Money Order Inquiry System



![USPS United States Postal Service]

Home
▼ Money Order Inquiry
　Resources
　Tips

keyword/Search
[keyword] [search]

# The official online way to search for information

Here is how to find out the status of the money order that was purchased from the United States Postal Service.

**Search for Money Order Status**
◉ 6401 Inquiry ○ Lost/Stolen

25428831996   (Go >)

Enter a valid 10 or 11 digit Serial Number

**No information is available for serial number.**

POSTAL INSPECTORS
Preserving the Trust

site map | contact us | FAQs | search | keywords
Copyright © 1999-2002 USPS. All Rights Reserved.　Terms of Use | Privacy Policy

https://mois.usps.com/pls/pmoisnp/mois_external_pkg.main　　1/1

# How can we help?

Search FAQs...

FAQs Home » Postal Store » Money Orders / Sure Money (Diner...

# Money Orders - The Basics

A Money Order is a document similar to U.S. currency that can be purchased in varying amounts.

Jun 26, 2019 · FAQ

## Article Number
000003453

## Customer Information

**How do I purchase a postal money order?**

**Where can a money order be purchased?**

**Filing a money order claim / inquiry**

**What do postal money orders look like?**

**How do I verify a postal money order?**

**How Can I replace a money order?**

## How do I purchase a postal money order?

### Domestic money orders & international money orders

Money orders can be purchased at any Post Office™ location. To find a Post Office that sells International Money Orders, go to the Post Office Locator (click "Post Offices" > "Refine search" > "Money Orders") or call 1-800-ASK-USPS (1-800-275-8777). Money orders can also be purchased from rural carriers and some contract stations. Contact the contract station to confirm availability.

- The SureMoney® / DineroSeguro® program is an alternative to postal money orders for Mexico.

### Military money orders

Military money orders must be purchased at an APO/FPO/DPO facility.

### Money order fee

Fees vary depending on the amount of the money order and whether it is for domestic or international use or is being sent to an APO/FPO/DPO address. For additional information on money order fees, go to https://www.usps.com/shop/money-orders.htm (**domestic and military**) or https://www.usps.com/international/money-transfers.htm (**international**).

### Purchase limits

- The single **Domestic** money order maximum is $1,000.00 if sending within the United States.
- For **International** money orders, the maximum amount varies by country, but cannot exceed $700.00.
- Multiple money orders may be purchased during the same visit (no daily limit).
- If you purchase more than $3,000.00 in money orders, you are required to complete a special form and produce acceptable ID.
    - **Note**: This applies to all money orders combined that are purchased during the span of a day, including domestic and military money orders, if also purchased that day.

### How can I pay for a money order?

- U.S. currency and coins.
- Established Traveler's Checks payable in US dollars if the purchase is for at least 50% of the value of the Traveler's Checks.
- ATM / Debit Cards at locations where the customer's Personal Identification Number (PIN) must be entered on a keypad connected to a Credit/Debit terminal.
- Checks are not accepted to purchase money orders.
- Credit cards may NOT be used to purchase money orders.

### Where can a money order be cashed?

- **Domestic Money Orders** can be cashed at any Post Office™ in the country and:
    - Branches
    - Stations
    - APOs / FPOs
    - Many banks
        - Questions regarding whether a specific financial institution will cash a Postal Money Order need to be directed to the specific institution.
- **International Money Orders** can be cashed at Postal facilities in countries that accept them. However, there is no requirement that banks or other facilities must cash the money orders. Questions regarding whether a specific financial institution will cash an International Postal Money Order need to be directed to the specific institution.

## Where can a money order be purchased?

- **Domestic Money Orders**:
    - A Post Office facility
    - Branches
    - Stations
    - Rural carrier
    - Some Contract Stations (contact the Contract Station in order to confirm availability)
- **Military Money Orders**:
    - Military money orders must be purchased at an APO/FPO/DPO facility
- **International Money Orders**:
    - To find a Post Office that sells International Money Orders, please call 1-800-ASK-USPS (1-800-275-8777).
    - Effective 8/30/19, USPS will no longer issue money orders for Canada.

## How do I purchase international money orders?

A Money Order is a document similar to U.S. currency that can be purchased in varying amounts and mailed anywhere in the U.S. A Money Order is printed out with the dollar amount of its value only. All other items are left blank. A purchased money order is like a signed check; it is the responsibility of the purchaser to enter in who the money order is payable to (otherwise, anyone can cash it). Money Orders must be made payable to a single identifiable party, which can be the purchaser.

**Note**: Postal Money Orders are prepaid drafts drawn against the Postal Service's account with the U.S. Federal Reserve.

Customers may also send a Money Order in U.S. currency to certain destination countries. The **MP1 Direct Exchange Money Order** is the only International Money Order currently offered by the United States Postal Service®. Check the MP1 Acceptance Countries list below to find out if you can send a MP1 to that country.

### MP1 Acceptance Countries

| | | | |
|---|---|---|---|
| Albania | Anguilla | Antigua & Barbuda | Bahamas |
| Barbados | Belize | Bolivia | British Virgin Islands |
| Canada* | Cape Verde | Dominica | Dominican Republic |
| Ecuador | El Salvador ($500 max.) | Grenada | Guinea |
| Guyana ($500 max.) | Honduras | Jamaica | Japan |
| Mali | Montserrat | Peru | Sierra Leone |

| St. Kitts & Nevis | St. Lucia | St. Vincent & the Grenadines | Trinidad |
| --- | --- | --- | --- |
| Tobago | | | |

*For money orders payable in Canada the amount of the money order must be expressed in U.S. currency only. Money orders issued by USPS for Canada will no longer be cashed by Canada Post effective August 30, 2019.

**Note**: Acceptance countries are also able to *send* money orders to the US. The form will still be pink. However, a United States Postal Service eagle will not appear on the form since the Postal Service™ did not issue the MP1.

Back to top

## Filing a money order claim / inquiry

- Customers wanting to find out if a money order has been cashed or who want a copy of a cashed money order should follow the inquiry process below.

  1. The customer must take the original money order purchase receipt (that was attached to the money order) to the Post Office™.
  2. Complete PS Form 6401 *Money Order Inquiry*.
     - *If appropriate*:
       - Customers may file a money order inquiry at any time after purchasing the money order.
       - For a domestic money order inquiry it may take up to 60 days to receive information.
       - A photocopy of the cashed money order is only available for 2 years from the date the money order was cashed
  3. Pay the applicable fee.
     - *If appropriate*:
       - The money order inquiry fee is per item and provides a copy of the item if cashed.
       - The fee is not required if PS Form 6401 is filed by a bank, another financial institution, a government agency that processes money orders directly with the Federal Reserve Bank, or a Postal Service™ official engaged in official USPS® business.
       - If a customer questions why they have to pay a fee, advise the customer: "The money order inquiry process involves manual processes that are costly."

  **Note**: For additional information on fees for money order inquiries, look under Domestic Money Orders.

## What do postal money orders look like?

**Domestic Postal Money Order Image:**



Back to top

### Is there a way to identify the specific Post Office™ facility where a money order has been purchased?

It is not possible to identify the specific Post Office facility where a specific Money Order was purchased. Nor is it possible to stop payment, track or trace a Money Order in the mailstream.

### Image of Current International Money Order (MP1)



### Notes:

Text from Back of Customer's Receipt (top portion of the MP1):

- Please Detach And Keep This For Your Records
- This receipt is your guarantee for a refund of your money order if it is lost or stolen, provided you fill in the *Pay To* and *From* Information on the money order in the space provide
- No claim for improper payment permitted 1 year after payment.
- If your money order is lost or stolen, present this receipt and file a claim for a refund at your Post Office.

To file an inquiry, PS Form 6401 may be filed at any time for a fee. A replacement will not be issued until 60 days after the money order purchase date, provided the money order has not been paid.

### Toll-Free Number Available to Verify Canadian International Money Orders

The *Canada Post Corporation* is now providing a toll-free number that cashing agents can call to verify the validity of *Canadian International Postal* Money Orders. The number is **1-800-563-0444**. This toll-free number is printed on the back of the Canadian International Postal Money Orders.

Back to top

## How do I verify a postal money order?

### How do I Verify a Postal Money Order?

USPS® Money Orders have distinguishing marks you can check to make sure that the money order is valid. By holding a money order up to a light, you should see:

1. Ben Franklin watermarks repeated on the left side (top to bottom).
2. A vertical, multicolored thread that weaves in and out of the paper to the right of the Franklin watermark. In the light, the thread appears continuous with alternating horizontal dark and light bars behind it and the letters "USPS" repeating backward and forward throughout the thread.

Signs of a fraudulent money order include:

- If the denomination is discolored, it may have been erased (indicating fraud).
- The dollar amount should be imprinted twice.
- Maximum value for domestic and Canadian money orders is $1,000.
- Maximum value for international money orders is $700 ($500 for El Salvador and Guyana).

Still not sure whether your money order is valid?

1. **Verify** - Call the money order verification system at **866-459-7822**.
2. **Report** - If you suspect fraud, call the U.S. Postal Inspection Service® at **877-876-2455** (Follow the prompts).

### Toll-Free Number Available to Verify Canadian International Money Orders

The *Canada Post Corporation* is now providing a toll-free number that cashing agents can call to verify the validity of Canadian International Postal Money Orders. The number is **1-800-563-0444**. This toll-free number is printed on the back of the Canadian International Postal Money Orders.

Back to top

## How can I replace a money order?

The United States Postal Service® replaces, without charge, a **damaged** or **defective** Money Order or one that is **"spoiled"** during imprinting or customer completion if the customer returns the negotiable portion of the Money Order and the matching customer receipt.

### There are no stop payments on Postal Money Orders.

For example, if you purchase a Postal Money Order for a friend, fill it out to your friend, and then decide not to give it to that friend, you can NOT take the Money Order into a Post Office™ location with the original receipt to cash it. Instead, you would need to replace the spoiled Money Order, make the Money Order out to yourself, and then cash it.

To have a spoiled or damaged international or domestic Money Order replaced (including one that was made out to an incorrect recipient):

1. Take both of the following to a local Post Office facility:
   a. The original Postal Service Postal Money Order.
   b. The purchase receipt for the original Money Order.
2. Fill out *PS Form 6401 (Money Order Inquiry)*.
3. The Money Order will be immediately reissued.

**Notes:**

- When replacing a Money Order using this procedure, there is no fee (for either PS Form 6401 or the new Money Order).
- You will *not* be given a refund, but you can write your name as the recipient on the replacement money order and cash it. (It is advisable to cash money orders for large amounts later in the day. Window clerks begin the day with little or no cash on hand and accumulate funds as the day progresses.)

If you do not have the original money order purchase receipt, fill out a PS Form 6401 (Money Order Inquiry) with all of the required information and submit it with the money order to:

> MONEY ORDER BRANCH
> ACCOUNTING SERVICE CENTER
> UNITED STATES POSTAL SERVICE
> PO BOX 82453
> ST LOUIS MO 63182-9453

If it is determined through the Money Order inquiry process that fraud was involved, a report should be filed. Re-issuance of the Money Order is determined by the Postal Service™.

Back to Top

Feedback

## Related Information

Postal Store    Money Orders / Sure Money (…

## Related Articles

PO Box - The Basics

Domestic Claims - The Basics

Change of Address - The Basics

U.S. Passports - The Basics

USPS Delivery Instructions™ - The Basics

## Trending Articles

Case 1:16-cv-04029-SJ-RML   Document 36-2   Filed 08/15/19   Page 10 of 10 PageID #: 387

### Trending Articles

- USPS Tracking® - The Basics
- Informed Delivery® - The Basics
- Missing Mail - The Basics
- Delayed mail and packages?
- Hold Mail - The Basics

Feedback