



Jean – Marc Bijoux

221-02 114 Ave

Cambria Heights Queens NY 11411



Hon, Sterling Johnson, Jr

U.S. District Court Eastern District OF

New York.

225 Cadman Plaza, East Brooklyn, NY

11201.

Re: Gustavia Home LLC V. Bijoux, 1:16-CV-04029 (SJ) (RML)

    I am the Pro Se defendant in the above-Captioned case. I write to respectfully request a "Stay of proceedings" that I'm going to need for the same case for the holdover trial in Civil Court in Queens (Case # 64211/19) November 22nd, 2019.

    For the Forgoing reasons I respectfully request that you grant my demand so my family can stop being under constant threat of eviction.

_____
Notary

**MARIZA F SOUSA**
Notary Public, State of New York
No. 01SO6392882
Qualified in New York County
My Commission Expires: 6/3/23

Sincerely yours _Jean-Marc Bijoux_

11/01/2019

## CIVIL COURT OF THE CITY OF NEW YORK

Your case *(Su caso)* __6421|19__
has been; *(ha sido:)*

☐ Assigned to: *(Asignado a:)*

☒ Adjourned to: *(Aplazado para:)*

Part: *(Parte:)* __P__

Room: *(Sala:)* __201__

Time: *(Hora:)* __9:30__

Date: *(Fecha:)* __11/22/19__

CIV-GP-88 (Rev. 1/98)